1:23-cr-00232
Judge Elaine E. Bucklo
M-Judge Young B. Kim

**FILED**

MAY 03 2023

**JK**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

May 3, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 23 CR 232 |
| v. | Violation: Title 21, United States Code, Section 841(a)(1) |
| MARCUS TAYLOR | |

The SPECIAL OCTOBER 2022 GRAND JURY charges:

On or about October 11, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MARCUS TAYLOR,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely 500 grams or more of a mixture and substance containing cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____

FOREPERSON

_____

Signed by Scott Edenfield on behalf of the
UNITED STATES ATTORNEY